1
2
3
4                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
5                               AT SEATTLE
6    _____
                                               )
7    JACK CHIEN; FONG,                          )
                                               )       No. C10-0571RSL
8                            Plaintiff,          )
                                               )
           v.                                   )
9                                               )       ORDER OF DISMISSAL
     WASHINGTON MUTUAL BANK, *et al.*,           )
10                                              )
                             Defendants.        )
11   _____)

12
13           This matter comes before the Court on defendants Professional Foreclosure

14   Corporation of Washington and Rex C. Anderson's "Motion for (1) Summary Judgment

15   (2) Prefiling Injunction."  Dkt. # 28.  Plaintiff has not opposed defendant's request for judgment,

16   and the Court considers such a failure to be "an admission that the motion has merit."  Local

17   Civil Rule 7(b)(2).  Defendants' motion for summary judgment is therefore GRANTED.

18   Plaintiff's claims against defendants Professional Foreclosure Corporation of Washington and

     Rex C. Anderson are hereby DISMISSED with prejudice.
19
             Plaintiff's history of filings related to the 2005 nonjudicial foreclosure proceeding
20
     is not so extensive as to warrant a prefiling bar order in this district.  Defendants' request for
21
     such an order is, therefore, DENIED.
22

23
             Dated this 14th day of October, 2010.
24

25                                          *MN S Lasnik*

26                                          Robert S. Lasnik
                                            United States District Judge

     ORDER OF DISMISSAL