UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
JACK CHIEN; FONG,                       )
                                        )        No. C10-0571RSL
                     Plaintiff,         )
        v.                              )
                                        )        ORDER OF DISMISSAL
WASHINGTON MUTUAL BANK, *et al.*,       )
                                        )
                     Defendants.        )
_____)

        This matter comes before the Court on "Washington Mutual Bank's Motion and

Memorandum for Summary Judgment."  Dkt. # 36.  Plaintiff has not opposed defendant's

request for judgment, and the Court considers such a failure to be "an admission that the motion

has merit."  Local Civil Rule 7(b)(2).  Defendant's motion for summary judgment is therefore

GRANTED.  Plaintiff's claims against defendant Washington Mutual Bank are hereby

DISMISSED with prejudice

        Dated this 22nd day of November, 2010.

                            *MMT S Lasnik*
                            _____
                            Robert S. Lasnik
                            United States District Judge

ORDER OF DISMISSAL